IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| LATASHA MITCHELL, *et al.*,<br>　　Plaintiffs,<br><br>　　　　v.<br><br>GOLDEN YEARS ASSISTED LIVING<br>FACILITY, INC.,<br>　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 4:22CV9 (RCY)<br>)<br>)<br>)<br>)<br>) |

## FINAL ORDER

This matter is before the Court on the Plaintiff's Stipulation of Dismissal (ECF No. 71), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to the Court that all matters of controversy in this action have been settled, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The Court shall, however, retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary. Each party shall bear its own attorneys' fees and costs.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Roderick C. Young
　　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia
Date: May 13, 2022